654

No. 239. RHEINSTROM, EXECUTOR, *v.* CONNOR, COLLECTOR OF INTERNAL REVENUE; and

No. 240. FIRST NATIONAL BANK, TRUSTEE, *v.* CONNOR, COLLECTOR OF INTERNAL REVENUE. October 12, 1942. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Jerome Goldman, Thomas C. Lavery,* and *A. Julius Freiberg* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Samuel H. Levy,* and *Paul S. McMahon* for respondent.

No. 241. KANSAS CITY LIFE INSURANCE CO. *v.* PARFET, ADMINISTRATOR. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Morrison Shafroth, W. W. Grant, Henry W. Toll,* and *Charles H. Haines, Jr.* for petitioner. *Mr. A. D. Quaintance* for respondent.

No. 243. GENERAL RADIO CO. *v.* ALLEN B. DUMONT LABORATORIES, INC. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Dean S. Edmonds, R. Morton Adams,* and *George E. Faithfull* for petitioner. *Messrs. Samuel E. Darby, Jr.* and *Floyd H. Crews* for respondent.

No. 249. OUERBACKER *v.* HENDERSON COUNTY. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Henry E. McElwain, Jr.* for petitioner. *Mr. Kester Walton* for respondent.